**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING EN BANC

Appellate case name:       In re Joyce Reece and Zachary Pettit

Appellate case number:    01-21-00014-CV

Trial court case number:  2017-49867

Trial court:                        281st District Court of Harris County

Date motion filed:             March 2, 2021

Party filing motion:          Relators Joyce Reece and Zachary Pettit

      The en banc court has unanimously voted to deny relators' motion for rehearing en banc. It is ordered that the motion is **denied**.

Judge's signature: ___April Farris_____
                  Acting for the En Banc Court*

* En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  __March 30, 2021_____